UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLYN ACKROYD, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 14-284 JPG/DGW |
| | ) |
| PFIZER, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Donna Gordon's motion to dismiss (Doc.5), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to be dismissed from this case at the present time, the Court finds plaintiff Donna Gordon is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

DATED: April 10, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE